AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
NOV 20 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| United States of America | ) |
|---|---|
| v. | ) |
| NORMAN JOHN BOLCAO JR. | ) Case No. |
| | ) **CR 20 71706 MAG** |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 15, 2020__ in the county of __Monterey__ in the __Northern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C § 841(a)(1) and (b)(1)(B) | Possession with Intent to Distribute 50 Grams and More of a Mixture and Substance Containing Methamphetamine |

This criminal complaint is based on these facts:
See attached affidavit of DEA SA Christopher Flores.

☑ Continued on the attached sheet.

Approved as to form /s/ Jeffrey A. Backhus
AUSA

/s/ Chrisopher Flores w/permission by VKD
*Complainant's signature*

Christopher Fores, Special Agent, DEA
*Printed name and title*

Sworn to before me by telephone.

Date: November 20, 2020

/s/ Virginia K. DeMarchi
*Judge's signature*

City and state: San Jose, CA

Hon. Virginia K. DeMarchi, U.S. Magistrate Judge
*Printed name and title*

[ Print ]   [ Save As... ]   [ Attach ]   [ Reset ]

773

# AFFIDAVIT OF DEA SPECIAL AGENT CHRISTOPHER FLORES
## IN SUPPORT OF CRIMINAL COMPLAINT

I, Christopher Flores, being duly sworn, depose and hereby declare as follows:

1. I am a Special Agent ("SA") with the Drug Enforcement Administration ("DEA"), where I have been employed since January 2019. As a federal agent, I am authorized to investigate violations of the United States laws and to execute warrants issued under the authority of the United States. My training consisted of 17 weeks of Basic Agent Training during which I received instruction on various aspects of federal narcotics investigations. During my training to become a Special Agent, I studied a variety of investigative and legal matters, including the topics of fourth amendment searches, the drafting of search warrant affidavits, and probable cause.

2. While employed in my current assignment, I have participated in the investigation of federal criminal violations related to the distribution and sale of illicit narcotics. I have participated in numerous federal search warrants and arrests, involving offenses pertaining to the distribution and sale of illicit narcotics.

3. This Affidavit is made in support of an application for a warrant to arrest NORMAN JOHN BOLCAO JR. (BOLCAO) for a violation of 21 U.S.C. § 841(a)(1), (b)(1)(B) (Possession with Intent to Distribute 50 Grams and More of a Mixture and Substance Containing Methamphetamine). As set forth in detail below, there is probable cause to believe that on or about August 15, 2020, BOLCAO was in possession methamphetamine with intent to distribute. Although not charged herein, BOLCAO also possessed methamphetamine with the intent to distribute it on August 15, 2020. On that same day, BOLCAO possessed firearms and ammunition.

4. The information contained in this Affidavit is based upon my training and experience, my personal knowledge of this investigation and information provided to me by other agents and law enforcement officials who have assisted in this investigation and have experience investigating the violations of firearm laws. This Affidavit is intended to provide probable cause to support the issuance of the complaint and arrest warrants and does not set forth all of the information that I have acquired

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1  during the course of this investigation. The Affidavit is limited to the facts relevant and necessary to
2  establish probable cause for the requested arrest warrant.

3                              **FACTS SUPPORTING PROBABLE CAUSE**

4       5.      As set forth below, there is probable cause to believe that on or about August 15, 2020,
5  BOLCAO committed a violation of 21 U.S.C. § 841(a)(1), (b)(1)(B) (Possession with Intent to
6  Distribute 50 Grams and More of a Mixture and Substance Containing Methamphetamine).

7                 **California Highway Patrol (CHP) Traffic Stop of BALCAO on August 15, 2020**

8       6.      On August 15, 2020, at approximately 11:46 a.m., California Highway Patrol CHP
9  Officer Roberts (ID #20701) was on patrol in the county of Monterey, in a fully marked CHP patrol
10 vehicle (#9071), and in full CHP uniform when he observed a silver Jeep Wrangler (hereinafter,
11 "SUBJECT VEHICLE"), travelling westbound on Reservation Road, just east of Davis Road, towards
12 his location in the opposite direction at a high rate of speed. Once the SUBJECT VEHICLE's speed
13 was estimated, CHP Officer Roberts activated the front facing radar unit which locked in the SUBJECT
14 VEHICLE's speed at 90 miles per hour in a 55 miles per hour zone. CHP Officer Roberts made an
15 enforcement stop on the SUBJECT VEHICLE and the SUBJECT VEHICLE yielded by pulling to the
16 right shoulder and coming to a complete stop.

17      7.      CHP Officer Roberts exited his CHP patrol vehicle and contacted the driver through the
18 open driver side window. CHP Officer Roberts advised the driver for the reason of the stop and asked
19 the driver for his driver's license. The driver was identified by his California driver's license as Norman
20 John BOLCAO JR (DOB 01/07/1982). While speaking with BOLCAO, CHP Officer Roberts
21 recognized his voice and name from a prior contact he had had with him. CHP Officer Roberts walked
22 back to his patrol vehicle and advised CHP Officer Sease (ID #22047) that the driver was on parole and
23 that Officer Roberts was going to get BOLCAO out of the vehicle and search him.

24      8.      CHP Officer Sease asked Monterey Communications Center (MCC) to conduct a driver's
25 license check and parole check on BOLCAO which advised that BOLCAO was on parole. CHP Officer
26 Roberts contacted BOLCAO and told him to exit his vehicle. BOLCAO stared at Officer Roberts with a
27 look on his face as if he was going to run from the scene or try to hurt CHP Officer Roberts and
28 BOLCAO had his hands under the dash board holding a neon orange object. CHP Officer Roberts told

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

BOLCAO to show his hands as CHP Officer Roberts started walking backwards and drawing his duty weapon from its holster in fear of BOLCAO reaching for a firearm. At that time, BOLCAO started his vehicle and sped away from the traffic stop. CHP Officer Sease advised dispatch the vehicle had sped off and CHP Officer Roberts advised dispatch that they were not in pursuit of the vehicle as he had positively identified BOLCAO.

9. MCC advised CHP Officer Roberts that the Marina Police Department (MPD) had BOLCAO detained at the corner of Vista Del Camino and Reservation Road after BOLCAO had been involved in a traffic collision. CHP Officer Sease and CHP Officer Roberts arrived on scene and contacted MPD Officers. CHP Officer Roberts contacted MPD Officer Moreno who advised that witnesses saw BOLCAO run from his vehicle around a building and place a bright neon orange bag in a trash can. CHP Officer Roberts located the orange bag in the trash can, took pictures, and observed it contained drugs which were later booked into the CHP evidence locker. MPD Officer Andriola stated during a preliminary frisk pat down of BOLCAO he located a large brown paper bag containing a large amount of cash inside. BOLCAO was placed under arrest and was loaded into the ambulance and taken to Natividad Medical Center for his injuries from the traffic collision.

10. While at the hospital, CHP Officer Roberts advised BOLCAO of his *Miranda* Rights and BOLCAO asked to speak with a detective. CHP Detective Rios (ID #19100) responded and conducted an interview with BOLCAO. Officer Roberts asked BOLCAO why he fled from the traffic stop and he stated "you know why." BOLCAO related he always gets pulled out of the car because he is on parole. BOLCAO said he hit a red car, pulled into a parking lot, and fled on foot to the corner of the building. BOLCAO said after he got to the building, he walked back to the collision scene. BOLCAO said the money in his possession was his and that it was unemployment money.

**Marina Police Department (MPD) Investigation into BOLCAO's Traffic Collision on August 15, 2020**

11. On August 15, 2020, at approximately 11:54 a.m., MPD units were dispatched to an unknown injury collision involving multiple vehicles on Reservation Road and Vista Del Camino. MPD Officer Moreno was doubled with MPD Officer Trainee Rose and they responded to the call. MPD Officers Dhillon and Andriola also responded.

12. While responding to the call, MPD dispatch updated stating the driver of an involved silver jeep (BOLCAO) was trying to flee the scene but was detained by other parties involved. Dispatch said the vehicles were parked at 215 Reservation Road.

13. MPD Officers Rose and Moreno arrived on scene first and MPD Officer Dhillon arrived on scene a few seconds later. When MPD Officers arrived on scene, several citizens contacted them and stated the driver of the Jeep (BOLCAO) was driving erratically and had caused the collision. They pointed to a male adult wearing a blue shirt that was seated under a tree in the parking lot and stated he was the driver. MPD Officer Dhillon stated the driver had possibly fled a traffic stop by CHP before the collision. MPD Officers Dhillon and Rose detained the suspect who was later identified as BOLCAO.

14. While on scene, MPD Officer Moreno was contacted by an adult male later identified as Kiet Tan Le. Le told Officer Moreno that he saw the driver of the Jeep (BOLCAO) run toward a trash can on the east side of the shopping center and discard something. Le said the item was still there. MPD Officer Moreno asked Le if he could show him where BOLCAO discarded the item. MPD Officer Moreno followed him as he walked along the east end of 215 Reservation Road. Halfway to the end of the property line, there was a single trash can that had a partially open lid. In clear view, MPD Officer Moreno saw an orange canvass bag with a black zipper protruding from the lid opening. It appeared to MPD Officer Moreno that the trash can was extremely full and the canvass bag was resting on top of a large amount of trash filling the trash can. Le pointed at the canvass bag stating the orange bag is what BOLCAO threw in the trash. Le later gave a statement to MPD Officer Moreno saying that while he was preparing to place an item on the rear bed of his pick-up truck, he suddenly saw a "big guy" (BOLCAO) with a blue shirt running toward the trash can next to his side door. Le motioned to how he saw BOLCAO remove the orange canvass bag that was tucked inside his blue shirt and throw the canvass bag into the trash. Le told Officer Moreno that the "big guy" was the same subject he saw in handcuffs by MPD Officer Dhillon (BOLCAO).

15. MPD Sergeant Carr photographed the orange canvass bag before MPD Officer Moreno opened it. After the photograph was taken, MPD Officer Moreno unzipped the bag and observed what appeared to be, based on his training and experience, approximately one pound of crystal methamphetamine enclosed in what appeared to be a gallon sized clear plastic zip lock freezer bag.

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1  Next to the methamphetamine, MPD Officer Moreno saw what he recognized as a large amount of black
2  tar heroin wrapped in a clear plastic bag or cellophane. MPD Officer Moreno also saw two glass pipes
3  with bulbous ends that he recognized as methamphetamine pipes. MPD Sergeant Carr photographed the
4  contents inside the canvass bag.
5      16.    CHP Officer Roberts arrived to the scene and MPD Officer Moreno explained to him
6  what was located. CHP Officers took possession of the canvass bag containing the contraband and
7  ultimately took custody of BOLCAO, to be booked into the Monterey County Jail.
8                **CHP Parole Compliance Search at Residence of BOLCAO on August 17, 2020**
9      17.    On August 17, 2020, at approximately 12:00 p.m., CHP Officers and Monterey County
10 Sheriff's Office (MCSO) Deputies conducted a parole compliance search at 8580 Dyer Road, Salinas,
11 CA, the residence of BOLCAO. During BOLCAO's arrest, he related to CHP Detective Rios that he
12 resided at 8580 Dyer Road.
13     18.    CHP Detective Rios walked to the front of the main residence on the property and
14 observed a male and female standing outside. The female identified herself as Jeri Balcao and the male
15 identified himself as Norman Balco Sr. CHP Detective Rios identified himself and related to Balco Sr.
16 that officers were there to conduct a parole compliance check on BALCAO. Balcao Sr related that
17 BALCO did live on the property but did not stay in the main residence but lived in a motor home on the
18 property. CHP Detective Rios observed a green shed located directly next to the motor home in which
19 Balcao Sr. related that BALCAO resided in. CHP Detective Rios asked Balcao Sr. if BALCAO had
20 access to the sheds and Balcao Sr. said he did and that BALCAO would often work in the sheds. It
21 should be noted there were no locks on the sheds and the doors were open upon officer's arrival.
22     19.    During the course of the search of the green shed, within a grey filing cabinet, CHP
23 Detective Rios located ammunition and a large plastic bag containing a large amount of white crystalline
24 substance. The crystalline substance was later weighed at 116.3 grams. Based on CHP Detective Rios'
25 training and experience, he recognized the substance as being consistent with crystal methamphetamine.
26 Within a red tool box, CHP Detective Rios observed a black Sig Sauer .45 caliber handgun with 5
27 rounds in the magazine and 1 round in the chamber. It should be noted that BALCAO is a convicted
28 felon and is not allowed to possess firearms. The serial number for the handgun was checked through

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1  the MCC and revealed that the gun was not registered on file. Near the tool box, CHP Detective Rios
2  observed a brown .22 caliber rifle. MCSO Deputy Costa cleared the rifle and CHP Detective Rios
3  observed there was a round in the chamber. On the tool bench, CHP Detective Rios located plastic wrap
4  and vacuum sealed bags. Based on CHP Detective Rios' training and experience, he knew that drugs
5  are often packed in vacuum sealed bags and wrapped in plastic wrap. Near the bags, CHP Detective
6  Rios observed a digital scale and a stainless-steel bowl. Within the bowl, Detective Rios observed a
7  white crystalline residue. Based off of CHP Detective Rios' training and experience, he knew that was a
8  common measuring device used by drug dealers to measure the weight of their product for packaging.
9  CHP Detective Rios checked the scale and observed that it was in full working order.

10        20.    Within the adjacent shed, CHP Detective Rios observed a red Kawasaki motorcycle. A
11 vehicle registration check was conducted on the motorcycle and revealed that it had been reported stolen
12 out of Salinas. Detective Rios seized the contraband located in the shed and later booked them into the
13 Monterey CHP office for evidence and processing.

14        21.    CHP Detective Rios made contact with Balcao Sr. again outside of his residence. CHP
15 Detective Rios told Balcao Sr. that Officers had located several items in the shed that BALCAO could
16 not possess. Balcao Sr. related that only he, BALCAO, and the young children only go into the sheds
17 and that BALCAO is often working in the shed. CHP Detective Rios asked Balcao Sr. about the
18 firearms located in the shed and Balcao Sr. stated that BALCAO has airsoft guns but did not know about
19 any firearms. Additionally, Balcao Sr. related the firearms in the shed did not belong to him.

20                                        **CONCLUSION**

21        22.    Based upon the foregoing evidence, there is probable cause to believe that on or about
22 August 15, 2020, BOLCAO on or about August 15, 2020, BOLCAO committed a violation of
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

21 U.S.C. § 841(a)(1), (b)(1)(B) (Possession with Intent to Distribute 50 Grams and More of a Mixture and Substance Containing Methamphetamine). As such, I respectfully request that the court issue a criminal complaint and arrest warrant for BOLCAO.

/s/ Christopher Flores w/permission by VKD
Christopher Flores
Special Agent
Drug Enforcement Administration

Subscribed and sworn to before me this __20__ day of November, 2020.

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge
Northern District of California

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

AO 257 (Rev. 6/78)

**FILED** NOV 20 2020 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [X] COMPLAINT  [ ] INFORMATION  [ ] INDICTMENT  [ ] SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**OFFENSE CHARGED**

21 U.S.C. § 841(a)(1), (b)(1)(B) (Possession with Intent to Distribute 50 Grams and More of a Mixture and Substance Containing Methamphetamine)

[ ] Petty
[ ] Minor
[ ] Misdemeanor
[X] Felony

PENALTY: Mandatory minimum of 5 years of imprisonment; Maximum 40 years of imprisonment; Minimum 4 years of supervised release; Maximum lifetime supervised release; Maximum $8 million fine; Mandatory $100 special assessment fee; Forfeiture

**DEFENDANT - U.S**
▶ NORMAN JOHN BOLCAO JR.

DISTRICT COURT NUMBER
CR 20 71706 MAG

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
DEA

[X] person is awaiting trial in another Federal or State Court, give name of court
Monterey County Superior Court

[ ] this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. ATTORNEY  [ ] DEFENSE

SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   David L. Anderson
[X] U.S. Attorney  [ ] Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Jeffrey A. Backhus

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) [ ] If not detained give date any prior summons was served on above charges ▶
2) [ ] Is a Fugitive
3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) [ ] On this charge
5) [ ] On another conviction   [ ] Federal  [ ] State
6) [X] Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution
   Monterey County

Has detainer been filed?  [ ] Yes  [ ] No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year  August 15, 2020
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

[ ] This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
[ ] SUMMONS  [ ] NO PROCESS*  [X] WARRANT     Bail Amount: No Bail

If Summons, complete following:
[ ] Arraignment  [ ] Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:                    Before Judge:

Comments: